## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN BECK, DANNY JACKSON, LARRY MUCK, JAMES HARMON, and JIM BEAVERS, <br><br> Plaintiffs, <br><br> vs. <br><br> OKLAHOMA GAS AND ELECTRIC COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Case No. CIV-14-770-M <br> ) <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT

Having determined, by a separate order entered this date, that defendant is entitled to summary judgment, the Court hereby enters judgment in favor of defendant OKLAHOMA GAS AND ELECTRIC COMPANY, and against plaintiffs JOHN BECK, DANNY JACKSON, LARRY MUCK, JAMES HARMON, and JIM BEAVERS.

**Entered at Oklahoma City, Oklahoma this 3rd day of March, 2017.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE